CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
12/6/2023
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
(Lynchburg Division)

| | |
|---|---|
| **AMANDA BAKER**, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Case No.: 6:23-CV-00021 |
| **CARRIAGE HILL RETIREMENT, LLC, et al.**, | ) |
| *Defendants*. | ) |

### CONSENT DISMISSAL ORDER

WHEREFORE, the parties have reached an agreement resolving all issues in this case.

The parties stipulate and agree, through their undersigned counsel, that the above-identified action be and hereby is dismissed **WITH PREJUDICE**, and that each party shall bear its own attorney fees and costs incurred in this action. Accordingly, it is hereby

**ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE** and stricken from the docket. The Clerk shall administratively close the case.

**IT IS SO ORDERED**.

Dated: December 6th, 2023

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

| WE ASK FOR THIS: | SEEN AND AGREED: |
|---|---|
| ***/s/ Christopher E. Collins*** | ***/s/ Mary Elizabeth Davis*** |
| Christopher E. Collins | Mary Elizabeth Davis |
| YUGO COLLINS, PLLC | WHITEFORD, TAYLOR & PRESTON, L.L.P. |
| 25 Franklin Road, SW | Two James Center |
| Roanoke, Virginia 24011 | 1021 E. Cary St., Suite 1700 |
| (540) 861-1529 | Richmond, Virginia 23219 |
| chris@yugocollins.com | (804) 799-7864 |
|  | bdavis@wtplaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |